UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA : | 2004 DEC 13 P 1: 26 |
| vs. : | CRIM. NO. 3:02CR56(AHN) |
| AMIR OMEROVIC : | U.S. DISTRICT COURT |
| : | DECEMBER 10, 2004 BRIDGEPORT, CONN |

1/3, 20 05 GRANTED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.
Nunc Pro Tunc

FILED 2005 JAN -3 P 3: 13
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION TO MODIFY
## THE CONDITIONS OF RELEASE

The defendant, Amir Omerovic, through counsel, Paul F. Thomas, respectfully requests that this Court grant permission for him to travel to Bosnia from December 25, 2004 through January 26, 2005. In support of this motion, counsel states:

(1) Mr. Omerovic was arrested and presented on November 1, 2001 and charged with mailing a threatening communication and threatening the people and property of the United States with a biological agent in violation of 18 U.S.C. §§ 876 and 2332a(a)(3).

(2) Mr. Omerovic waived indictment and pled guilty to an information that charged him with mailing a threatening communications.

(3) On July 29, 2003, the Court sentenced Mr. Omerovic to imprisonment for ten months and supervised release for three years.

(4) As a condition of supervised release Mr. Omerovic is not permitted to travel out of this country without permission from the Court. Mr. Omerovic came to this country as a refugee from Bosnia, where he was seriously wounded in the civil war and where his parents still reside. Mr. Omerovic receives military disability payments from the Bosnian government, but he is required to undergo a physical examination and eligibility review to continue receiving those benefits. An examination and review has been scheduled for January 10, 2005. Mr. Omerovic would also use the time in Bosnia to visit with his parents and to explore business and educational opportunities that he might choose to pursue in Bosnia after he completes his term of supervised release.

(5) If permitted to travel to Bosnia he would stay at:

Trg Zaunobih-a 32/3, 71,000
Sarajero, Bosnia/Herzajivinia
Tel. (387) 33 453-617