UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT   FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | 2005 FEB 14 P 1: 37 |
| vs. | CRIM. NO. 3:02CR56(AHN) |
| | BRIDGEPORT, CONN. |
| AMIR OMEROVIC | FEBRUARY 10, 2005 |

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Pursuant to 18 U.S.S. §3583(e)(1) and Rule 32.1(b) of the Federal Rules of Criminal Procedure, the defendant, Amir Omerovic, respectfully moves this Court for early termination of the three year term of supervised release imposed as part of the sentence on July 29, 2003. In support of this motion, counsel states:

(1) Mr. Omerovic was arrested and presented on November 1, 2001 and charged with mailing a threatening communication and threatening the people and property of the United States with a biological agent in violation of 18 U.S.C. §§ 876 and 2332a(a)(3).

(2) Mr. Omerovic waived indictment and pled guilty to an information that charged him with mailing a threatening communications.

(3) On July 29, 2003, the Court sentenced Mr. Omerovic to imprisonment for ten months and supervised release for three years.

(4) Mr. Omerovic was released from custody by the Bureau of Prisons upon completion of the sentence of imprisonment on February 21, 2003 and he commenced the three year period of supervised release.

(5) With permission from this Court, Mr. Omerovic recently returned to his native Bosnia, where he visited family, explored the possibility of continuing his education, and underwent a physical examination related to his eligibility for continued disability payments from the Bosnian government for the serious injuries he sustained as a member of the military during the civil war.

(6) Mr. Omerovic came to this country as a refugee from Bosnia, but he would like to return to live in Bosnia and to further his education there when he graduates from Housatonic Community College in May, 2005. If permitted to travel to Bosnia, Mr. Omerovic would do so after graduation so he can register in June to be a full-time student in a program leading to a

bachelor of science degree in computer engineering.

(7) Mr. Omerovic has complied fully with all conditions of supervised release.

(8) Assistant United States Attorney Brian Spears takes no position regarding this motion and U.S. Probation Officer Patrick Norton has no objection to this motion.

Respectfully submitted,

THE DEFENDANT,
AMIR OMEROVIC

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: FEBRUARY 10, 2005

Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct01764
(203) 498-4200

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE has been mailed to Brian Spears, Assistant United States Attorney, 915 Lafayette Boulevard, Bridgeport, CT 06604 and to Patrick Norton, United States Probation Officer, 157 Church Street, New Haven, CT 06510, on this 11th day of February, 2005.

Paul F. Thomas